UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1 NORMAN SHY,

    Defendant.

_____/

No. 16-20218

Hon. Victoria A. Roberts

### SHY INVESTMENTS LLC PETITION FOR A HEARING TO ADJUDICATE THE VALIDITY OF CERTAIN INTERESTS IN REAL & PERSONAL PROPERTY

Now comes Shy Investments LLC, by its member, Carolyn J. Shy, and petitions the Court to adjudicate the validity of the Government's claimed interest in certain real property, and in support of its petition states:

1. Shy Investments, LLC requests this Court to adjudicate the property interests in 433 Fox Hills Drive S., Apt. #5, Bloomfield Hills, Michigan, and makes this claim and petition on its behalf and declares under penalty of perjury under the laws of the United States of America that the following is true and correct.

2. Shy Investments LLC is a State of Michigan limited liability company established in June, 1999.

3. On or about July 18, 2016, Shy Investments received a notice from the U.S. Government of a Preliminary Order of Forfeiture with respect to certain property limited to the

{H0370061.1}

following property:

    a.    All funds on deposit in Charles Schwab & Company:

        i.    Account No. 8142-9439; and

        ii.    Account No. 4166-4404.

    b.    All funds on deposit in Merrill Lynch, Pierce, Fenner & Smith, Inc.:

        i.    Account No. 695-35608; and

        ii.    Account No. 695-35710.

    c.    Real Property located at 32679 Brookwood Lane, Franklin, Michigan and being more fully described as: Unit Number 14 CRESSBROOK, a condominium according to the Master Deed recorded in Liber 27695, pages 127 through 185, inclusive, Oakland County Records, and designated as Oakland County Condominium Subdivision Plan No. 1499, together with rights in general common elements and limited common elements as set forth in the above described Master Deed and Amendments thereto and as disclosed by Act 59 of the Public Acts of 1978, as amended; commonly known as 32679 Brookwood Lane, Franklin, MI; Parcel ID: 24-06-227-030.

    d.    Real Property located at 433 Fox Hills Drive S., Apt. 5, Bloomfield Hills, Michigan and being more fully described as: Unit No. 298, FOX HILLS CONDOMINIUM, a Condominium according to the Master Deed recorded in Liber 21164, Pages 606 through 675, as amended, and designated as Oakland County Condominium Subdivision Plan No. 1240, last amendment amended in Liber 28502, page 617, together with rights in the general common elements and the limited common elements as shown on the Master Deed and as described in Act 59 of the Public Acts of 1978, as amended, commonly

{H0370061.1}

known as: 433 Fox Hills Drive S., Apt. 5, Bloomfield Hills, MI 48304; Parcel ID: 19-02-303-298.

4. Shy Investments LLC claims an interest in the Property listed in Paragraph 3d above as titled owner of the property sufficient to substantiate its rights to file this Petition and to obtain the return of the Seized Property. Carolyn J. Shy is/was a member of Shy Investments LLC and maintained a 50% interest in capital of the LLC. On or about July 21, 1999, Carolyn Shy assigned to Carolyn Joan Shy and her successors as trustee for the Carolyn Joan Shy Restated Trust u/a/d September 6, 1996 all of her membership interest.

5. Shy Investments LLC claims an interest in the real property as the titled owner of the real property located at 433 Fox Hills Dr., S., Apt. 5, Bloomfield Hills, Michigan, and said interest vested immediately in the property at the time any interest in property was conveyed from the sellers of the property. Shy Investments LLC claims a 50% share of any proceeds realized from the sale of the above property, which represents the proportionate share interest of Carolyn Shy.

6. The nature of the forfeiture is pursuant to a Preliminary Order of Forfeiture.

7. Shy Investments LLC never authorized Norman Shy, nor anyone else, to use Shy Investments LLC for any illegal purposes, nor has it ever authorized Norman Shy (or anyone else) to deposit property involved in any criminal activity and/or the proceeds of any unlawful activity into its Accounts or to purchase the real estate listed above.

8. Shy Investments LLC acquired its right, title, and interest in the property pursuant to an arm's length purchase.

{H0370061.1}

9. There is additional property in which Shy Investments LLC would claim an interest in the event it receives notice of any intent to forfeit said real property; however, at this point it is unclear which additional property the Government might attempt to forfeit, what the factual basis would be for the forfeiture, and what legal and statutory authority supports any claim for such forfeiture.

Wherefore, Petitioner, Shy Investments LLC, requests this Court to conduct a hearing to adjudicate the validity of its alleged interest in the Fox Hills Dr. property.

Petitioner, Shy Investments LLC, through its member, Carolyn J. Shy, declares under penalty of perjury that all the information which it has provided herein is true to the best of its knowledge, information, and belief, and such statements are made under penalty of perjury consistent with the requirements of 28 U.S.C. §1746.

Shy Investments LLC, Petitioner

By: *Carolyn J. Shy*
Carolyn J. Shy
Its: Member

Subscribed and sworn to before me
this 11th day of August, 2016.

*Valerie Steiniger*

F VALERIE STEINIGER
NOTARY PUBLIC, STATE OF MI
COUNTY OF OAKLAND
MY COMMISSION EXPIRES Apr 25, 2018
ACTING IN COUNTY OF

Respectfully submitted,
Hertz Schram PC

/s/ Walter J. Piszczatowski (P27158)
Attorney for Petitioner Carolyn Shy
1760 S. Telegraph Rd., Ste. 300
Bloomfield Hills, MI 48302-0183
(248) 335-5000
wallyp@hertzschram.com

August 11, 2016

{H0370061.1}