UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1 NORMAN SHY,

    Defendant.
_____/

No. 16-20218

Hon. Victoria A. Roberts

**CAROLYN SHY'S PETITION FOR A HEARING
TO ADJUDICATE THE VALIDITY OF CERTAIN INTERESTS
IN REAL & PERSONAL PROPERTY**

Petitioner, Carolyn J. Shy, hereby petitions the Court to adjudicate the validity of the Government's claimed interest in certain real and personal property, and in support of her petition states, under penalty of perjury, as follows:

1. Carolyn J. Shy ("Shy"), a resident of the State of Michigan presently residing at 32679 Brookwood Lane, Frankling, Michigan, requests this Court to adjudicate the property interests in the below listed property and makes this claim and petition on her behalf and declares under penalty of perjury under the laws of the United States of America that the following is true and correct.

2. On or about July 18, 2016, Shy was served notice of a Preliminary Order of Forfeiture with respect to the following specified property:

    a.    All funds on deposit in Charles Schwab & Company:

{H0370433.1}

        i.      Account No. 8142-9439; and

        ii.     Account No. 4166-4404.

b.     All funds on deposit in Merrill Lynch, Pierce, Fenner & Smith, Inc.:

        i.      Account No. 695-35608; and

        ii.     Account No. 695-35710.

c.     Real Property located at 32679 Brookwood Lane, Franklin, Michigan and being more fully described as: Unit Number 14 CRESSBROOK, a condominium according to the Master Deed recorded in Liber 27695, pages 127 through 185, inclusive, Oakland County Records, and designated as Oakland County Condominium Subdivision Plan No. 1499, together with rights in general common elements and limited common elements as set forth in the above described Master Deed and Amendments thereto and as disclosed by Act 59 of the Public Acts of 1978, as amended; commonly known as 32679 Brookwood Lane, Franklin, MI; Parcel ID: 24-06-227-030.

d.     Real Property located at 433 Fox Hills Drive S., Apt. 5, Bloomfield Hills, Michigan and being more fully described as: Unit No. 298, FOX HILLS CONDOMINIUM, a Condominium according to the Master Deed recorded in Liber 21164, Pages 606 through 675, as amended, and designated as Oakland County Condominium Subdivision Plan No. 1240, last amendment amended in Liber 28502, page 617, together with rights in the general common elements and the limited common elements as shown on the Master Deed and as described in Act 59 of the Public Acts of 1978, as amended, commonly known

{H0370433.1}

as: 433 Fox Hills Drive S., Apt. 5, Bloomfield Hills, MI 48304; Parcel ID: 19-02-303-298.

3. Shy claims an interest in the above Property on separate and independent but overlapping grounds, all of which substantiate her right to obtain the return of her interest in the Seized Property.

4. Shy is the wife of Norman Shy ("Husband"), to whom she has been married since March 30, 1966. By virtue of that marriage she has, pursuant to Michigan and Common law, a marital interest in all property acquired during the course of the marriage, including the above-listed property.

5. Shy is also a beneficial owner of the accounts listed in paragraphs 3a and b above. On information and belief, she was designated a beneficiary at the time the accounts were opened and she has neither been removed or replaced as such at any time thereafter.

6. Shy is a titled owner of the real property located at 32679 Brookwood Lane, Franklin, Michigan. She maintains a legal interest as a tenant by the entireties with full rights of survivorship. In addition, she holds the same entireties interest in the property including all improvements made to the residence that were financed through loans obtained from financial institutions that were independent of any alleged illegal activity.

7. Shy acquired her right, title, and interest in the Brookwood Lane property as a tenant by the entirety pursuant to a joint purchase, and/or via her spousal rights. She also obtained a good-faith third-party interest in Brookwood Lane to the extent of any improvements paid for or financed through financial institutions.

{H0370433.1}

8. To the extent there is a homestead property right, she claims that as well as any marital interest she might have in the above real property. At a minimum, she is claiming, by way of relief, a 50% share of any proceeds realized from the sale of the Brookwood Lane property. In short, the property is jointly held (entireties) marital property.

9. Shy claims a marital interest in the real property located at 433 Fox Hills Dr., S., Apt. 5, Bloomfield Hills, Michigan, and said interest vested immediately in the property at the time any interest in property was conveyed from the sellers of the property. Shy also claims an interest as a member of Shy Investments, LLC, which has filed a separate Petition in conjunction with the real property located at 433 Fox Hills Dr.

10. Shy claims any marital interest she has in the real property. At a minimum, Shy is claiming, by way of relief, a 50% share of any proceeds realized from the sale of the Fox Hills Dr. property. In short, the property can also be characterized as marital property even though it was not titled as such.

11. Shy never authorized her husband nor anyone else to use the above subject accounts for any illegal purposes nor did she every authorize her husband or anyone else to deposit any property involved in criminal activity and/or any proceeds of any unlawful activity into any account to be utilized to purchase or improve any of the above-listed real property.

12. There is additional property in which Shy would similarly claim an interest in the event she receives notice of any intent to forfeit said property; however, at this point it is unclear which additional property the Government might attempt to forfeit, what the factual basis would be for the forfeiture, and what legal and statutory authority supports any claim for such forfeiture.

{H0370433.1}

Wherefore, Petitioner, Carolyn J. Shy, requests this Court to conduct a hearing to adjudicate the validity of her interest in all the aforelisted property.

Petitioner, Carolyn J. Shy, declares under penalty of perjury that all the information which she has provided herein is true to the best of her knowledge, information, and belief, and such statements are made under penalty of perjury consistent with the requirements of 28 U.S.C. §1746.

*Carolyn J. Shy*
Carolyn J. Shy, Petitioner

Subscribed and sworn to before me
this /14th day of August, 2016.

*F. Valerie Steiniger*
F VALERIE STEINIGER
NOTARY PUBLIC, STATE OF MI
COUNTY OF OAKLAND
MY COMMISSION EXPIRES Apr 25, 2018
ACTING IN COUNTY OF

Respectfully submitted,
Hertz Schram PC

/s/ Walter J. Piszczatowski (P27158)
Attorney for Petitioner Carolyn Shy
1760 S. Telegraph Rd., Ste. 300
Bloomfield Hills, MI 48302-0183
(248) 335-5000
wallyp@hertzschram.com

August /11, 2016

{H0370433.1}